IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

    Petitioner,

v.

RANDY GROUNDS,

    Respondent.

No. C 12-05753 WHA

**ORDER RE MOTION TO AMEND**

    State prisoner Keith Stamps, through counsel, filed petition for a writ of habeas corpus on November 8, 2012. Petitioner has now filed a motion for leave to file an amended petition. The motion asserts that the amended petition seeks to correct clerical errors rather than "add any new claim or change the merits of his pleading." Counsel is requested to submit a comparison of the original pleading and the amended pleading indicating the additions or amendments in the proposed pleading. Counsel's response is due by **JANUARY 3, 2013, AT NOON**.

    **IT IS SO ORDERED.**

Dated: December 31, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE