IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

    Petitioner,                         No. C 12-05753 WHA

  v.

RANDY GROUNDS,                       **ORDER RE STATUS UPDATE**

    Respondent.

        Pursuant to his state habeas corpus petition update, petitioner is ordered to further update the Court by **January 19, 2014** as to the status of the state court proceedings.

**IT IS SO ORDERED.**

Dated: October 15, 2013.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE