IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

    Petitioner,

v.

RANDY GROUNDS,

    Respondent.

No. C 12-05753 WHA

**ORDER RE STATUS UPDATE**

    Pursuant to his state habeas corpus petition update, petitioner is ordered to further update the Court by **January 19, 2014** as to the status of the state court proceedings.

**IT IS SO ORDERED.**

Dated:  October 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE