**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

    Plaintiff,

  v.

RANDY GROUNDS,

    Defendant.
                                /

No. C 12-05753 WHA

**SECOND ORDER RE STATUS UPDATE**

      On October 15, 2013, petitioner was ordered to update the Court regarding the status of his state court proceedings by January 19, 2014. That deadline has come and gone. Petitioner is hereby ordered to file a status report by **JANUARY 30, 2014, AT NOON**. Failure to respond may result in dismissal of this action.

      **IT IS SO ORDERED.**

Dated: January 27, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE