IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

    Petitioner,

v.

RANDY GROUNDS,

    Respondent.

No. C 12-05753 WHA

**ORDER RE STATUS REPORT**

Pursuant to his recent update, petitioner is ordered to further update the Court by **NOON ON APRIL 3, 2014,** as to the status of the state court proceedings.

**IT IS SO ORDERED.**

Dated: February 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE