United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KEITH STAMPS,

         Plaintiff,

    v.

RANDY GROUNDS,

         Defendant.

Case No.  12-cv-05753-BLF

**ORDER RE STATUS UPDATE**

    Pursuant to petitioner's update on April 3, 2014 and the Court's orders on April 3, 2014 and August 28, 2014, *see* ECF 16, 17, 19, petitioner is HEREBY ORDERED to further update the Court **by June 19, 2015** as to the status of the state court proceedings.

    Petitioner is hereby notified that failure to comply with this order may result in dismissal of his petition.

    **IT IS SO ORDERED.**

Dated: June 2, 2015

BETH LABSON FREEMAN
United States District Judge