UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH STAMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>    Defendant. | Case No. 12-cv-05753-BLF<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR COURT ORDERED UNMONITORED NONCOLLECT PRESCHEDULED TELEPHONE CALL**<br><br>[Re: ECF 43] |

Before the Court is Petitioner Keith Stamps' ex parte motion for an order directing Respondent Warden to afford him a scheduled, completed non-collect half hour telephone call to his attorney, Donald Bergerson. ECF 42. Mr. Bergerson has had difficulty in corresponding with Petitioner, resides out of state, and has health issues. *Id.* at 1. To ensure Petitioner's access to counsel in this habeas action, and finding good cause, the Court ORDERS CSP Soledad to provide inmate Keith Stamps AB1095 with an unmonitored, non-collect telephone call of not less than thirty minutes. CSP Soledad shall coordinate with Mr. Bergerson at (415) 505-7116.

**IT IS SO ORDERED.**

Dated: October 31, 2016

_____
BETH LABSON FREEMAN
United States District Judge