UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STAMPS,<br>　　　　Petitioner,<br>　　v.<br>RANDY GROUNDS,<br>　　　　Respondent. | Case No. 12-05753 BLF (PR)<br><br>**ORDER OF INSTRUCTION REGARDING COUNSEL'S MOTION TO WITHDRAW**<br><br>(Docket No. 59) |

Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 5, 2018, the Court terminated the appointment of Mr. David L. Plotsky as counsel for Petitioner but stated that Mr. Plotsky would remain attorney of record for this action unless and until he files a motion to withdraw as counsel. (Docket No. 58.) On October 29, 2018, Mr. Plotsky filed a motion to withdraw as counsel. (Docket No. 59.)

Before the Court grants the motion, Mr. Plotsky is directed to provide a confirmed current address for Petitioner, Mr. Keith Stamps, and a certificate of service showing that Petitioner was served with counsel's motion to withdraw. Counsel shall respond in accordance with this motion **within fourteen (14) days** from the date this order is filed. Upon receipt of counsel's response in accordance with this order, the Court shall grant the

motion to withdraw as counsel.

**IT IS SO ORDERED**.

Dated: November 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge