David Plotsky,
State Bar No. 251174
Plotsky and Dougherty, PC
122 Girard, S.E.
Albuquerque, New Mexico, 87106
505-268-0095 (fax) 505-266-9585
plotskylaw@gmail.com
Attorney for Plaintiff, Keith Stamps

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KEITH STAMPS, | ) NO. 12-cv-05753-BLF |
| Plaintiff, | ) |
| vs. | ) (PROPOSED) ORDER TO ALLOW |
| RANDY GROUNDS, | ) WITHDRAWAL OF COUNSEL |
| Defendant. | ) |

### (PROPOSED) ORDER TO ALLOW WITHDRAWAL OF COUNSEL

Upon review of the Motion To Allow Withdrawal of Counsel in the above matter, the Court finds the Motion to be well taken, and therefore David L. Plotsky is ALLOWED to withdraw as Counsel for Plaintiff Keith Stamps.

PURSUANT TO MOTION, IT IS SO ORDERED.

Dated: Nov 27, 2018

_____
Hon. Beth Labson Freeman
United States District Judge