UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STAMPS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　Respondent. | Case No. 12-05753 BLF (PR)<br><br>**ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME TO FILE ANSWER**<br><br>(Docket No. 64) |

Petitioner, a California prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2018, the Court issued an order directing Respondent to show cause why a writ of habeas corpus should not be granted. (Docket No. 63.) Respondent has filed an application for a 30-day extension of time to file an answer. (Docket No. 64.)

Having shown good cause, Respondent's application is **GRANTED**. Respondent shall file an answer **no later than February 28, 2019**. Petitioner shall file a traverse **no later than thirty (30) days** of his receipt of the answer.

This order terminates Docket No. 64.

**IT IS SO ORDERED.**

Dated: January 29, 2019

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Ext. of Time to File Ans.
P:\PRO-SE\BLF\HC.12\05753Stamps_eot-ans.docx