1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH STAMPS,

          Petitioner,

    v.

RANDY GROUNDS, Warden,

          Respondent.

Case No.  12-05753 BLF (PR)

**JUDGMENT**

      For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

      **IT IS SO ORDERED**.

Dated:  October 4, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.12\05753Stamps_judgment